UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SALVADOR SANTOS SALAS,<br><br>　　　　　Plaintiff<br><br>　　　　　v.<br><br>CITY OF WHITTIER, et al.,<br><br>　　　　　Defendants. | Case No. 2:20-cv-09817-DOC (GJS)<br><br>**ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE** |

　　　　Pursuant to 28 U.S.C. § 636, the Court has reviewed the pleadings and records on file in this case, including the operative Complaint (Dkt. 39), Defendants' Motion for Summary Judgment (Dkt. 64) ("Motion"), Plaintiff's Opposition to Motion (Dkt. 73), Defendants' Reply in support of the Motion (Dkts. 74-76), and the Report and Recommendation of the assigned United States Magistrate Judge (Dkt. 78). No objections to the Report and Recommendation have been filed within the time allowed. Having completed its review, the Court accepts the findings and recommendations set forth in the Report and Recommendation.

　　　　Defendant's Motion for Summary Judgment is granted on the basis that Plaintiff's claims are barred under *Heck v. Humphrey*, 512 U.S. 477 (1994). Thus, Plaintiff may refile his claims if he is successful in invalidating his conviction through appropriate means.

Accordingly, **IT IS ORDERED** that:

  (1)    The Magistrate Judge's Report and Recommendation is accepted;

  (2)    Defendants' Motion (Dkt. 64) is GRANTED;

  (3)    This action is dismissed without prejudice; and

  (4)    Judgment shall enter accordingly.

DATE: January 5, 2023

_/s/ David O. Carter_
DAVID O. CARTER
UNITED STATES DISTRICT JUDGE