JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SALVADOR SANTOS SALAS,<br><br>Plaintiff<br><br>v.<br><br>CITY OF WHITTIER, et al.,<br><br>Defendants. | Case No. 2:20-cv-09817-DOC (GJS)<br><br>**JUDGMENT** |

Pursuant to the Order Accepting Findings and Recommendation of the United States Magistrate Judge,

IT IS HEREBY ADJUDGED THAT the above-captioned action is dismissed without prejudice.

DATE: January 5, 2023

_/s/ David O. Carter_
DAVID O. CARTER
UNITED STATES DISTRICT JUDGE